```
              FILED
     CLERK, U.S. DISTRICT COURT

        December 16, 2020

   CENTRAL DISTRICT OF CALIFORNIA
   BY:      VPC      DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kendrick C. Azubuike,<br><br>      Plaintiff,<br>  vs.<br><br>City of Santa Monica; Officer Kevin Bacarella; Officer Timothy Fink and DOES 1 through 10 inclusive,<br><br>      Defendants. | Case No: 2:19-cv-08536-SB-JDE<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL OF DEFENDANT CITY OF SANTA MONICA** |

    Pending before this Court is a Joint Stipulation of Dismissal of Defendant Officers. The parties request this Court to dismiss the complaint against Defendant City of Santa Monica with prejudice. After reviewing the stipulation, the Court finds good cause. Therefore,

IT IS HEREBY ORDERED that this Complaint against Defendants CITY OF SANTA MONICA is dismissed with prejudice.

Dated: December  16 , 2020

_____
Honorable Stanley Blumenfeld, Jr.
United States District Judge